FILED

SEP 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680

7 | Facsimile: (510) 637-3724
E-Mail: bryan.whittaker@usdoj.gov

8

9 | Attorneys for Plaintiff

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,                )   No. CR 97-40059 CW &
                                         )       CR 07-00344 CW
        Plaintiff,                       )
                                         )
                                         )
                                         )   STIPULATION AND [PROPOSED]
    v.                                   )   ORDER EXCLUDING TIME
                                         )
                                         )
KENNETH EUGENE HOLLOWAY,                 )
                                         )
        Defendant.                       )
_____)

On September 19, 2007, defendant made his initial appearance in the Northern District of California on an Indictment filed on May 31, 2007 and on a Supervised Release violation filed on September 25, 2006. The Court appointed J. Frank McCabe to represent the defendant. The defendant was ordered to appear before Judge Wilken on October 3, 2007. Mr. McCabe made a request for discovery and discovery was provided by the United States.

The parties stipulate that the time between September 19, 2007, and the next appearance in the matter on October 3, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. §

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 97-40059 CW & CR 07-00344 CW

3161(h)(8), for effective preparation of counsel because discovery was recently provided and counsel needs time to review the discovery. The ends of justice outweigh the interests of the public and the defendant in a speedy trial in this case. This exclusion is necessary to allow time for the parties to effectively prepare and to allow for continuity of counsel taking into account the exercise of due diligence.

IT IS SO STIPULATED.

DATED: September 19, 2007

/S/
BRYAN R. WHITTAKER
Special Assistant United States Attorney

DATED: September 19, 2007

/S/
J. FRANK McCABE
Attorney for Mr. Holloway

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature (/S/) within this e-filed document.

/S/ Bryan R. Whittaker
Special Assistant U.S. Attorney

## ORDER

For the foregoing reasons, the Court finds that good cause is shown–taking into account the pubic interest–that an exclusion of time between September 19, 2007, and October 3, 2007, is warranted under the Speedy Trial Act because it will afford counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. Id. at § 3161(h)(A). The Court, therefore, concludes

////

////

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 97-40059 CW & CR 07-00344 CW        2

that this exclusion of time is proper pursuant to 18 U.S.C. § 3161(h)(8).

IT IS SO ORDERED.

DATED: September 19, 2007

THE HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 97-40059 CW & CR 07-00344 CW          3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

KENNETH EUGENE HOLLOWAY,

        Defendant.
                               /

Case Number: CR97-40059 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Bryan R Whittaker
U.S. Attorney's Office
1301 Clay Street
Suite 340S
Oakland, CA 94612

John Francis McCabe
CJA-J. Frank McCabe
500 Sansome Street
Suite 212
San Francisco, CA 94111

Mark Messner
U.S. Probation Office
1301 Clay Street, Ste. 220
Oakland, CA 94612

cc: Sheilah Cahill, Courtroom Deputy of Judge C. Wilken

Dated: September 19, 2007

                                        Richard W. Wieking, Clerk

                                        By: Ivy Garcia, Deputy Clerk